# CONSENT TO JOIN FORM

Consent to sue under the Fair Labor Standards Act (FLSA)

1. I worked for Oheka Castle as a server and bartender within the last three years.
2. During my tenure at Oheka Castle, there were occasions when I worked more than forty hours per workweek for which I have not been compensated at the rate of one and one-half times my regular rate of pay for such hours.
3. I consent to join the FLSA collective action titled Ernano v. Gary Melius, et al., 2:2014-cv-01516 (E.D. New York) to recover unpaid overtime pay under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b) and all other damages as allowed by the FLSA.
4. I choose to be represented in this matter by named Plaintiff Michael Ernano and counsel The Marlborough Law Firm, P.C., in this action.

Print Name: Michael Ernano

Signature: *[signature]*

Date Signed: March 9, 2014