UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ERNANO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>GARY MELIUS, JOHN ANTHONY DIPRETA, KATHY THOMPSON, FABIAN SANTIBANEZ, OHEKA MANAGEMENT CORP., OHEKA CATERING INC., OHEKA MANAGEMENT, LLC, OHEKA CATERING, LLC, and JOHN DOES 1 through 10,<br><br>Defendants. | Index No.: 14 Civ. 1516 (JS)(ARL)<br><br>FED. R. CIV. P. 7.1<br>STATEMENT |

I, Joshua Marcus, a partner of the law firm Franklin, Gringer & Cohen, P.C., counsel for Defendants, Gary Melius, John Anthony Dipreta, Kathy Thompson, Fabian Santibanez, Oheka Management Corp., Oheka Catering Inc., Oheka Management, LLC, and Oheka Catering, LLC, having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1.

1. Defendants Oheka Management Corp., Oheka Catering Inc., Oheka Management, LLC, and Oheka Catering, LLC are privately-owned companies. Defendants Oheka Management Corp., Oheka Catering Inc., Oheka Management, LLC, and Oheka Catering, LLC have no publicly-held parent companies, nor is any Defendant affiliated with any other publicly-held subsidiaries, affiliates or other entities.

Dated: Garden City, New York
May 12, 2014                    Respectfully submitted,

                                By:   /s_____
                                      Joshua Marcus, Esq. (JM 4250)
                                      **FRANKLIN, GRINGER & COHEN, P.C.**
                                      *Attorneys for Defendants*
                                      666 Old Country Road, Suite 202
                                      Garden City, NY 11530-2013
                                      (516) 228-3131

To: Christopher Marlborough, Esq.
**THE MARLBOROUGH LAW FIRM, P.C.**
*Attorneys for Plaintiff*
555 Fifth Avenue, 14th Floor
New York, NY 10017
(212) 991-8960