# THE MARLBOROUGH LAW FIRM, P.C.

445 Broad Hollow Road, Suite 400  
Melville, New York 11747

(212) 991-8960  
(212) 991-8952 fax  
chris@marlboroughlawfirm.com

May 5, 2015

<u>Sent via ECF</u>  
Arlene R. Lindsay  
United State Magistrate Judge  
Long island Federal Courthouse  
814 Federal Plaza  
Central Islip, New York 11722-4451

    Re:    <u>Ernano, et al. v. Melius, et al.</u>

Dear Judge Lindsay:

This office represents plaintiffs in the above captioned action. I write with the consent of defendants' counsel to seek a stay of the action pending a settlement conference with the Court.

Pursuant to the Court's scheduling order the deadline for the completion of all discovery is May 22, 2015. The parties have not completed discovery and believe that the action may be resolved without further discovery.

The parties have been engaged in settlement discussions. We believe that within thirty days, we will be close to enough to resolution to make a settlement conference with the Court productive. Thus, we request that the Court schedule a settlement conference at its convenience. We further request that the Court stay the action pending the settlement conference.

Respectfully submitted,

*[signature]*

CHRISTOPHER MARLBOROUGH