UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHAEL ERNANO,

                              Plaintiff,

        -against-

GARY MELIUS, et al,

                             Defendant.

**NOTICE OF MOTION TO ADMIT COUNSEL FOR PRO HAC VICE**

Civil Action No. 14 Civ. 1516 (JS) (ARL)

---

TO:    Joshua A. Marcus
         Franklin, Gringer & Cohen, PC
         666 Old Country Road Suite 202
         Garden City, NY  11530
         516-228-3131
         Fax: 516-228-3136
         Email: Jmarcus@franklingringer.com

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm Connolly Wells & Gray, LLP, and a member in good standing of the Bar of the Commonwealth of Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Michael Ernano.  There are no pending disciplinary proceedings against me in any State or Federal court.

                                              Respectfully submitted,

                                              */s/ Gerald D. Wells, IIII*_____
                                              Gerald D. Wells, III
                                              Connolly Wells & Gray, LLP
                                              2200 Renaissance Boulevard
                                              Suite 308
                                              King of Prussia, PA 19406
                                              gwells@cwg-law.com
                                              (610) 822-3700

Dated: September 2, 2015